# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| Dean Andersen <br> *Plaintiff* <br> v. <br> Riverwalk Holdings, LTD aka De Ville Asset Management, LTD <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 15-621 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Riverwalk Holdings, LTD
1132 Glade Road
Colleyville, TX 76034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeremy M. Glapion
The Glapion Law Firm
39 Schindler Court
Neptune, NJ 07753

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/22/2015                                                s/B. Ray
                                                *Signature of Clerk or Deputy Clerk*

Civil Action No. 15-621

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Riverwalk Holdings, LTD.
was received by me on *(date)* 05/22/2012 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Tracy Hollywood, Process Specialist , who is designated by law to accept service of process on behalf of *(name of organization)* CT Corporation System, Registered Agent for Riverwalk Holdings, LTD. on *(date)* 05/22/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/26/2015

*Server's signature*

Gary Sherman, Process Server
*Printed name and title*

1910 Pacific Avenue, Suite 15650, Dallas, Texas 75201.

*Server's address*

Additional information regarding attempted service, etc:

Service Location: 1999 Bryan Street, Suite 900, Dallas, Texas 75201.