# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

Dean Andersen,
*Plaintiff*
v.                                          Civil Action No.     15-cv-621-PP
Riverwalk Holdings LTD
a/k/a De Ville Asset Management LTD
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

**X**     the plaintiff: Dean Andersen recover from the Defendant: Riverwalk Holdings LTD a/k/a De Ville Asset Management LTD the amount of Ten Thousand Six Hundred Ninety Dollars and Two Cents ($10,690.02), which includes $1,000 for violations of the Fair Debt Collection Practice Act and for violations of the Wisconsin Consumer Act, prejudgment interest of $78.77, accruing from June 10, 2014 at the rate of 5% per year, or $0.137 per day, $8,890 in attorneys' fees, and $721.25 for costs. The court further orders that the plaintiff is entitled to his reasonable attorneys' fees and costs incurred in domesticating, enforcing and collecting this judgment, as well as post-judgment interest. The court orders that once the plaintiff has collected the judgment, he shall file an accounting of the collection costs with the court.

☐     the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐     other: _____

This action was *(check one)*:

☐     tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐     tried by Judge _____ without a jury and the above decision was reached.

**X**     decided by Judge Pamela Pepper on a motion for default judgment.

Date: 1/12/2016

CLERK OF COURT

Kristine G. Wrobel

*Signature of Clerk or Deputy Clerk*